JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAMIEAN TREMAINE JOHNSON, | ) | CASE NO. CV 20-0977-PSG (PJW) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| R.C. JOHNSON, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: 3/11/2020.

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Users\wendyhernandez\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\MGVWFKS6\Judgment.wpd